# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VINSON WHITE, <br><br> Petitioner <br><br> v. <br><br> WILLIAM GITTERE, et al., <br><br> Respondents | Case No.: 3:18-cv-00472-LRH-WGC <br><br> **ORDER** |

Before the court is petitioner Vinson White's 28 U.S.C. § 2254 habeas corpus petition. Respondents have moved for clarification of which judgments of conviction White seeks to challenge (ECF No. 11).

On the second page of the form White states that he challenges the judgment of conviction in Nevada state case no. C-288-764 (ECF No. 7, p. 2). However, respondents state that in March 2015, White was convicted—pursuant to guilty pleas—in 4 cases of driving under the influence and in 1 case of possession of a controlled substance (*see* ECF No. 11, p. 2). As grounds 1 and 2 of the petition, White appears to conflate the judgments of conviction and/or complain about the total combined sentences for the DUI cases (ECF No. 7, pp. 3-6).

Respondents argue that Rule 2(e) of the Rules Governing Habeas Cases requires that White file a separate petition for each judgment of conviction he wishes to challenge. However, the plain language of Rule 2(e) provides that "A petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgment or judgments of each court." This rule does not require separate petitions to challenge judgments of conviction from the same state court.

However, respondents' motion for clarification is granted because White needs to clarify which judgment or judgments of conviction he seeks to challenge from Nevada's Eighth Judicial District Court. Accordingly, White shall file an amended petition that clearly indicates which judgment or judgments of conviction he challenges.

**IT IS THEREFORE ORDERED** that respondents' motion for clarification (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that within 30 days of the date of this order petitioner **SHALL FILE** and serve an amended petition that indicates which judgment or judgments of conviction he challenges.

**IT IS FURTHER ORDERED** that the parties shall send courtesy copies of **any responsive pleading or motion and all INDICES OF EXHIBITS ONLY** to the Reno Division of this court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. **No further courtesy copies are required unless and until requested by the court**.

Dated: May 28, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE