UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| VINSON WHITE, | Case No. 3:18-cv-00472-LRH-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

This court granted respondents' motion for clarification and directed Vinson White to file an amended 28 U.S.C. § 2254 habeas corpus petition that identifies which Nevada state judgment or judgments of conviction he seeks to challenge (ECF No. 13). That order was served on White via U.S. Mail at his address of record. *See id.* The order was returned as undeliverable. LR IA 3-1 provides that an attorney or pro se party must immediately file with the Court written notification of any change of mailing address and must also file proof of service on the opposing party. LR IA 3-1. It further provides that "[f]ailure to comply with this rule may result in the dismissal of the action. . . ." *Id.* White has not filed a notice of change of address or responded to the court's order in any way. Accordingly, this action will be dismissed for failure to file a notice of change of address.

///

///

1

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED** as set forth above.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 9th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE